UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

KENNETH RAY WILLIAMS,

    Defendant.
_____/

Case No. 1:09:CR:173

HON. GORDON J. QUIST

## **ORDER**

The Court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action. The Report and Recommendation was duly served on the parties, and no objection has been made thereto within the time required by law.

THEREFORE, IT IS ORDERED that:

1. The Report and Recommendation of the Magistrate Judge filed December 16, 2009, is approved and adopted as the Opinion and Findings of this Court.

2. Defendant Kenneth Ray Williams' plea of guilty to Count One of the Indictment is accepted. Defendant Kenneth Ray Williams is adjudicated guilty.

3. Defendant Kenneth Ray Williams shall be detained pending sentencing.

4. A decision of whether to accept the written plea agreement will be made at the time of sentencing after the Court has had the opportunity to review the Presentence Investigation Report. See U.S.S.G. Ch. 6.

Dated: January 5, 2010                                                          /s/ Gordon J. Quist
                                                                                    GORDON J. QUIST
                                                         UNITED STATES DISTRICT JUDGE